IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MDS INC. and MDS PHARMA SERVICES (US) INC., | : | CIVIL ACTION NO. 1:07-CV-0455-SEB-JMS |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| COVANCE INC. and NIGEL BROWN, | : | |
| | : | |
| Defendants. | : | MAY 17, 2007 |

## PLAINTIFFS' MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), Plaintiffs MDS Inc. and MDS Pharma Services (US) Inc. respectfully move to transfer the venue of this action to the United States District Court for the District of New Jersey because transfer would serve the convenience of the parties, the convenience of the witnesses, and the interests of justice.

A memorandum of law is submitted herewith.

PLAINTIFFS MDS INC. and MDS PHARMA
SERVICES (US) INC.

By: s/ Michael A. Blickman
  Michael A. Blickman
  Melanie E. Harris
  ICE MILLER LLP
  One American Square
  Suite 3100
  Indianapolis, IN 46282
  Melanie.harris@icemiller.com
  Michael.blickman@icemiller.com

  Their attorneys

## **CERTIFICATION**

      I hereby certify that on this 18th day of May, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

    Michael A. Moffatt
    Craig W. Wiley
    LITTLER MENDELSON, P.C.
    First Indiana Plaza
    135 North Pennsylvania Street, Suite 1500
    Indianapolis, IN 46204

                                                    s/ Michael A. Blickman
                                                    Michael A. Blickman

I/1958140.1